|  |  |
|---|---|
| **LUIS M. DIAZ,** ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **17-10036-NMG** |
| ) | |
| **MPCH, et al,** ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**GORTON, J.**

On January 23, 2017, Plaintiff Luis M. Diaz, while in custody of the Massachusetts Department of Correction (:DOC"), filed this civil rights action against various prison medical and administrative staff.

By Memorandum and Order dated January 25, 2017, Diaz was permitted to proceed in forma pauperis and summons issued for service of the complaint by the United States Marshals Service. Diaz' emergency motion was denied and DOC legal counsel was asked to file a Status Report. The Status Report was filed on February 15, 2017, stating among other things, that plaintiff's release date is March 26, 2017. The Clerk contacted the DOC and was informed that Diaz provided to them a forwarding address to a friend's residence in Dorchester.

By Procedural Order dated April 10, 2017, Diaz was ordered to file a notice of change of address within 28 days and advised that failure to do so may result in dismissal of this action. Copies of the Procedural Order were mailed to Diaz at MCI-Norfolk and the forwarding address in Dorchester. On April 24, 2017, one of the mailed envelopes was returned to the Court as

undeliverable.

The time for responding to the April 10, 2017 Procedural Order expired on May 8, 2017.  The fact that Diaz has not kept the Court advised of his current address suggests that he may have decided not to press his claim.

For the foregoing reasons, it is hereby Ordered that this action is dismissed without prejudice.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: June 1, 2017